# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| **In re:** <br><br> **R. SUSAN WOODS,** <br>                 **Debtor** <br><br> ——————————————— <br><br> **R. SUSAN WOODS,** <br>                 **Plaintiff** <br> **vs.** <br><br> **ALINA'S REAL ESTATE, LLC et al.** <br>                 **Defendants** | **Chapter 7** <br> **Case No. 18-30549-EDK** <br><br><br><br> **Adversary Proceeding** <br><br> **No. 18-03019** |

## NOTICE OF DENIAL OF PETITION FOR REHEARING

On February 4, 2020 this Court entered a judgment (Docket No. 120, the "Judgment") against the Defendant in the amount of $2,500.00, to be paid within 30 days after the Judgment became final.

On January 10, 2022 the Debtor's petition for a writ of *certiorari* (S. Ct. Docket No. 21-6066) was denied by the United States Supreme Court. On February 4, 2022 the Debtor filed a petition for rehearing. On February 28, 2022 the Supreme Court denied her petition. *See* Exhibit A, annexed hereto.[1]

As set forth in a notice previously filed with this Court [Docket No. 176], on or about January 26, 2022 the undersigned mailed a check to the Plaintiff in the amount of $2,519.42, i.e., the Judgment amount plus interest at the federal judgment rate through January 31, 2022. The Debtor did not claim the mail and it was recently returned to the undersigned.

---

[1] Pursuant to Supreme Court Rule 44.4, the Court will not accept consecutive petitions.

Respectfully submitted this 1st day of March, 2022

                ALINAS REAL ESTATE, LLC

           By: /s/ Steven Weiss
             Steven Weiss, Esquire
             BBO# 545619
             sweiss@ssfpc.com
             Mark J. Esposito, Esquire
             BBO #672638
             mesposito@ssfpc.com
             Shatz, Schwartz and Fentin, P.C.
             1441 Main Street, Suite 1100
             Springfield, MA  01103
             (413) 737-1131

18\0176\Adv. Proc\Notice.1601

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing document has been served via first-class mail, postage prepaid, and by email this 1st day of March, 2022 upon:

R. Susan Woods
P.O. Box 160
Hadley, MA  01035

.

             /s/ Steven Weiss
             Steven Weiss